UNITED STATES of America,
Plaintiff–Appellee,

v.

**Orlando Lorenzo ANDERSON,**
**Defendant–Appellant.**

No. 01–7311.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 2, 2002.

Orlando Anderson, Appellant Pro Se. Bruce A. Pagel, Office of the United States Attorney, Charlottesville, Virginia, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Orlando Anderson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record

and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Anderson,* Nos. CR–99–86; CA–01–132–7 (W.D.Va. filed July 6, 2001; entered July 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*